UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AHMAD JEBRIL,

               Petitioner,

                                     CASE NO. 08-10151
v.                                 HONORABLE MARIANNE O. BATTANI

C. EICHENLAUB, MUKHTAR CURTIS,
and JODI BRADLY,

               Respondents.
_____/

## **JUDGMENT**

      This matter having come before the Court on a Petition for the Writ of Habeas Corpus,

United States District Judge MARIANNE O. BATTANI presiding, and pursuant to the Opinion

and Order entered on March 10, 2008,

      IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

      Dated at Detroit, Michigan on __March 10, 2008_____.


                                   s/Marianne O. Battani_____
                                    MARIANNE O. BATTANI
                                    UNITED STATES DISTRICT JUDGE