1

United States District Court
Clerk of the Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Case # 08-10151
Ahmad Jebril v. Ceichelaub

Dear Clerk:

On 3/17/08 I submitted a motion to amend the judgement for reconsideration and a second motion(notice of appeal).

I only submitted the notice of appeal to avoid the time limitation on it but I do want Hon. Battani to respond to the motion to alter of amend the judgement.

Can you please write me and let me know if she will respond to the motion to amend the judgement?

Thank you very much.

Respectfully submitted,

Ahmad Jebril #31943-039
Federal Correctional Institution LOA
P O Box 4200
Three Rivers, TX 78071

4/29/08

**FILED**

MAY - 5 2008

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT