On 12/10/06 after getting my 3rd cop-out he had his gang of thugs
who he calls his (shura) or (counsel) escort me forcefully from the
yard where I was speaking to inmate (Thomas Valerie) to his
office where he was outraged at a few things mainly how I wrote three
cop-outs he had on his desk and how dare I ask for interfaith with
Jews and Christians splitting the Sunni community in prison.  He
was fuming in anger telling me I need to declare myself non-Sunni
Muslim for asking for interfaith gatherings with non-Muslims
because according to him that is against Islam!

Being against interfaith meetings to help understand other faiths and
bridging the gaps is against radical/extremist Muslims beleif.

**Why not ask Imam Curtis to provide you with the three cop-outs that
were the issue of our heated conversation the day before he sent me
to the SHU/Hole!?!
I ask for interfaith meetings yet get branded a radical, get sent to
the HOLE and now taken to a higher security prison 35 hours away
from my family!
Yet Imam Curtis who opposes interfaith meetings and was upset at me
for asking for such meetings is deemed a moderate working for  the
US BOP!?!
The cop-outs I sent were before any investigation occured and they
specify multi-faith meetings.  That is my true and sincere beleif.**

    11) On 12/11/06 my father who had absolutely no activities on
the compund and I were placed in the (hole/Special housing unit/
solitary) because Imam Curtis did a pre-emptive strike and wrote
a memo of nothing but lies to cover up for himself!

**What is clearly outrageous and shows the SIS and anyone else who
investigated this is biased and trying to cover up that they have
an officail US BOP promoting AL-Qaeda and radical Islam is that
from March of 2006 TO Sept. of 2006 when I was teaching in monitered
rooms I was never investigated because he monitered them and
told me he records my classes and speeches.**

**Yet from Spet 2006 to Dec. 10, 2006 when I did absolutely no teachings
but ask for independant monitored interfaith classes (independant
of Chaplain Curtis's radical influence) I was placed in the hole
under investigation.**

**THE HOLE IS THE PRICE I PAY FOR STANDING UP AGAISNT A RADICAL!**

    What also needs to be noted is that from March of 2006 to Dec.
of 2006 I sent numerous letters to my attorney of what Imam Curtis
was doing and asking him to inform my prosecutor or the government
to let me wear a wire or a recording device to hear what Chaplain
Curtis promotes.

On one occasion my attorney informed me the government is not interested
to hear from me.

Also, on 2/28/07 were before Judge Gerald Rosen and my attorney Richard
Lustig stated on record that he was getting mail from me that is
specified as "privilged - attorney client" yet it's open with no
letters in them!!!

I assume that Imam Curtis had his freinds in the mailroom track my letters and that's why he did the pre-emptive strike to attempt to declare my father and I radicals to cover up for himself making it appear as though he is moderate and to cover himself of what I was writting to my attorney about his activities.

In a letter in June of 2006 I asked my attorney while I was still in apparent good terms with Curtis to get the government to let me wear a wire or allow me a recorder to hear what he says about Zarqawi, Ibn Ladin, Hizbuallah group and others of praise among other things and what he really says about the USA.  At that point I really did not want nothing in return for this from the government.

Imam Curtis is obsessed with everything I do like a child.  A week before he put us in the hole I left the prison on a writ to take a plea on my 2nd jury tampering charge.  After getting back everyone told me Imam Curtis was like a nut running around trying to figure out where you went asking both staff and inmates.  He confided in inmate Yousif that he thinks I went before a grand jury to testify against him because he's a real Muslim.

        I did meet with my prosecuter and agent after I eagerly sought so to let them hear some of what's in this letter of my side of the story after I was under SIS investigation.  I was later told by my attorney that they informed him there is no evidence and when I wrote to him some of what is in this letter based on their request as he claimed he said they responded by saying they don't care about this stuff and that my prosecutor hates me so much and will only get information out of me and not give anything in return as she has done to his other clients in the past -as Lustig claims-.

        What must be kept in mind is that I DID NOT mention conversations we had where he was crying over the death of the martyr of our time Zarqawi, according to him.  Nor did I mention how he asked me to lead a prayer for the dead Zarqawi after I finish the Friday prayer which I of course refused to do!!

WHAT I DID mention are matters with 100% solid proof and evidence that does nor require my credibility because I know I lack it as a felon in prison.

        They can go to the library in the chapel of Milan's FCI and see Anwar Awlaki's tapes.  In his office are more of his tapes!!  If he concealed them inmates who work in the chapel library or others who I know were addicted to listening to them will testify the tapes were there.

        I can inform you how to obtain the book MILESTONES that he gave to inmate Robinson with the US BOP - Milan stamp on it!

        They can ask inmate Robinson how eagerly Imam Curtis wanted him to study Milestones by Qutub.

        Another issue brought up was books I had in my posession that ignorant agents like SIS agent Webber, and his captain Jodi claimed are radical.  As the saying goes they should never judge a book by it's cover.

Every single book I had was anti-radical unlike what Curtis promotes which are 100% radical.

Every single book was sent to me through Amazon.com a known seller even though Milan allows books in directly from family and I have the reciept for every one of them.

      a) The first book is (The Looming Tower and the Road to 9/11 by Wright Lawrence).
I must admit the title to illterate ignorants who can't flip the pages to read it like the SIS of Milan and anyone else who was invovled in the investigation is scary.

However this book is a news oriented book and Lawrence made sure to expose Al Qaeda.

In fact I recall in it's first chapters it was talking about the danger of MILESTONES!!! THE BOOK CURTIS passes out and wants taught!

But because there is so much justice my anti-Milestones book is labeled radical yet Imam Curtis's Milestones is appropriate!

This is scary in that ignornat idiots who can't read the book or it's summary consider it dangerous yet Milestones get's passed out by BOP official.
If these are investigators resposible for the security of this country then may the LORD protect this country because they sure do not know what on earth they are doing compromising the security of this country.

      b) The 2nd book is (From Secular to Jihad).
This book talks about Qutub and shows how dangerous he is.

*I offered both of the these books to Curtis to show him how dangerous what he passes out is and he refused to take them.

      c) (Inside Al-Qaeda).
Again this book has a scary title for illiterate investigators who judge a book by it's cover.
If they bothered to read the continuation of the title on the following title pages in small letters it would of said(How I infiltrated the World's Deadliest Terrorist Organization)

This book exposes Al-Qaeda in depth.
The author had plenty of hatred in speaking about a terrorist group he infiltrated while he was reporting about them.

      d) (The Road to Al-Qaeda).
This is also a scary title especially when the illiterate investigators probably seen the photos of Ibn Ladin and his right hand man on the cover.

Again had they read the little print the title would of went on to say (The Story of Ibn LAdins Right Hand Man.

The author is an attorney in Egypt named Muntasir Al-Zayyat. He was a radical in prison with Zawahri(Ibn Ladin's right hand man) in the 70's. He turned moderate and exposed his old freind.

The author helped the Egyptian government sign a treaty with Jihadist
and helped modernize the Jihadi movement in Egypt and got them
to turn their weapons in and gave information on others who were
arrested.

The book was pulled off the market in Egypt in Arabic because
Zawahri(Ibn Ladins right hand man threatened this author and his
family).  The book is now only available in English!

Basically the book exposes Al-Zawahri.

        e) (State of Denial - Bush at War by Bob Woodward).
This is a news oriented book a top seller in the USA by one of the
most famous journalists in America Bob Woodward.

        f) (Mein Kempf? by Hitler)
I had Hitler's famous book and this was the only book I took from
Milan's library.  This is the only book that I did not own.

I took it from the library to read it.  I still have not done so but
I certainly plan to read it.

Anyone knows what Hitler stands for and knows that the ideology of
Hitler and that of Islam are like oil and water they do not mix.

        This is what happened in Milan FCI.  I stood agaisnt a radical
and it costed me 8 months in the hole and instead of being rewarded
or thanked I got transfered from a low security prison 20 minutes
from home to a higher security(medium high) that's very dangerous
and is 35 hours away from home.

Had I not opposed the radical extremist BOP official chaplain
I would still be 20 minutes from home enjoying family visits
and on my way to a camp because my custody level points are very
low(4 points).

        My father and I also went an extreme wave of taunting, discrimin-
ation and harassment by the C.O's in Milan as well as the captain
herself and the chaplain Curtis among others while we were in the
SHU in Milan.  We were called terrorists; that we don't deserve
nothing; I was at time deprived of even food among a varity
of other tactics they used on us.

        After my transfer to Three Rivers, TX - FCI is still undergo
similar harassment, bullying, discrimination and targeting by
the great vast majority of the staff here.

        Sometimes I wonder was standing up to Curtis the right thing to
do?
It has costed me dearly and had it not been my beleif that radicals
and terrorist sympathizers like Curtis are dangerous to my country
I would of regretted it but I did it out of conviction and belief
in that was he was doing was wrong and that brings me peace.

                          Sincerely,
                          Ahmad Jebril #31943-039
                          Federal Correctional Institution
                          P O Box 4200
                          Three Rivers, TX 78071

Exhibit #3



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.O. Box 4000
Three Rivers, Texas 78071

November 20, 2008

MEMORANDUM FOR INMATE POPULATION

FROM:         Dan Joslin, Warden

SUBJECT:      Current Institution Operations

Be advised of the following information:

- The facility will remain on lockdown until further notice.

- As always your cooperation is expected and appreciated as it will assist progression to more normal operations.

- You will receive your breakfast, lunch, and dinner meals in sacks at approximately 7:00 a.m., noon, and 5:00 p.m.

- TVs will be on starting at 4:00 p.m. on Friday, November 21.

- No ice will be distributed at this time.

- If you have issues needing attention, please inform staff as they make rounds in the housing units.

- Medical staff will make daily pill line rounds in the housing units. If you need medical attention, please notify staff so that these issues can be addressed.

- Incoming mail continues to be distributed to the housing units Monday through Friday.

- If you have legal mail to be sent out, ISM staff will be collecting this mail and sending it out Monday-Friday.

- Visitation is canceled until further notice.



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

---

*P.O. Box 4000*
*Three Rivers, Texas 78071*

November 25, 2008

MEMORANDUM FOR INMATE POPULATION

FROM:              Dan Joslin, Warden

SUBJECT:        Current Institution Operations

Be advised of the following information:

- The facility will remain on lockdown. Beginning Wednesday, November 26, 2008 through Friday, November 28, 2008, each inmate will be provided the opportunity for a shower.

- As always your cooperation is expected and appreciated as it will assist progression to more normal operations.

- If you have issues needing attention, please inform staff as they make rounds in the housing units.

- Medical staff will make daily pill line rounds in the housing units. If you need medical attention, please notify staff so that these issues can be addressed.

- Incoming mail continues to be distributed to the housing units Monday through Friday.

- If you have legal mail to be sent out, ISM staff will be collecting this mail and sending it out Monday-Friday, (excluding holidays).

- Visitation is canceled this week.



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

---

*P.O. Box 4000*
*Three Rivers, Texas 78071*

November 26, 2008

MEMORANDUM FOR INMATE POPULATION

FROM:         Dan Joslin, Warden

SUBJECT:      Current Institution Operations


Be advised of the following information:

- The facility will remain on lockdown.

- As always your cooperation is expected and appreciated as it will assist progression to more normal operations.

- If you have issues needing attention, please inform staff as they make rounds in the housing units.

- You will receive your breakfast, lunch, and dinner meals in sacks at approximately 7:00 a.m., noon, and 5:00 p.m.

- Medical staff will make daily pill line rounds in the housing units. If you need medical attention, please notify staff so that these issues can be addressed.

- Incoming mail continues to be distributed to the housing units Monday through Friday.

- If you have legal mail to be sent out, ISM staff will be collecting this mail and sending it out Monday-Friday, (excluding holidays).

- Visitation is canceled this week.



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

_____

*P.O. Box 4000*
*Three Rivers, Texas 78071*

November 30, 2008

MEMORANDUM FOR    INMATE POPULATION

FROM:               Dan Joslin, Warden

SUBJECT:            Current Institution Operations

Be advised of the following information:

•   On Monday, December 1, 2008, identified Food Service workers
    will be escorted to Food Service to prepare the morning meal
    at 6:00 a.m..

•   At approximately 8:00 a.m., inmates will be released from
    their cells to the common area of the unit.  The morning
    meal will be served one unit at a time starting with
    McMullen A and ending with Karnes B.  The morning meal will
    consist of Coffee Cake, Cereal, and milk.

•   Following the morning meal and after all inmates have
    returned to their units, Unicor work call will be announced
    for a group of approximately 90 inmates.  The remaining
    inmates will be allowed in the common areas of the unit
    until the noon meal.

•   The noon meal will be served starting with Unicor Workers
    and following the same schedule for the units as the morning
    meal.

•   The recreation yard will be opened following the noon meal
    until 3:30 p.m.

•   Following the 4:00 p.m. count, the evening meal will be
    served in the dining hall.  Inmates will return to their
    units and will be allowed in the common areas.  At 9:30
    p.m., all inmates will be secured in their cells.

•   Commissary will be open Tuesday for McMullen Unit, Wednesday
    for Live Oak Unit, and Thursday for Karnes Unit.