# EXHIBIT 8

# SENTRY Administrative Remedy Retrieval Records

BOPGJ *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL * 09-11-2008
PAGE 001 OF 11:27:45
FUNCTION: L-P SCOPE: REG EQ 31943-039 OUTPUT FORMAT: UNSAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM ______ THRU ______ DT STS: FROM ______ THRU ______
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: _ REMEDY LEVEL: _ _ RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV OFC : EQ
TRACK: DEPT:
PERSON:
TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ

G0002 MORE PAGES TO FOLLOW . . .

```
BOPGJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-11-2008
PAGE 002 OF    *             UNSANITIZED FORMAT             *     11:27:45

REMEDY-ID      REG            NAME                          ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE        STATUS      DATE-RCV      RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2    ---------------------ABSTRACT-------------------------

381930-F1      31943-039      JEBRIL, A                       JAIL       D03-115U   MIL
               07-20-2005         CLD       07-11-2005        MIL      MIL       MIL
               21AM/          WANTS THE 397 TO BE REMOVED FROM RECORD.

400073-F1      31943-039      JEBRIL, A                       JAIL       D03-124U   MIL
               01-10-2006         REJ       01-10-2006        MIL      MIL       MIL
               14ZM/          PROBLEM WITH HOUSING UNIT ASSIGNMENT

401084-F1      31943-039      JEBRIL, A                       JAIL       D03-124U   MIL
               01-20-2006         REJ       01-20-2006        MIL      MIL       MIL
               25ZM/          CLAIMS DISCRIMINATION DUE TO CELL ASSIGNMENT

402147-F1      31943-039      JEBRIL, A                       JAIL       D03-124U   MIL
               02-13-2006         CLG       01-31-2006        MIL      MIL       MIL
               13HM/          UPSET WITH CURRENT CELL ASSIGNMENT

402147-R1      31943-039      JEBRIL, A                       JAIL       D03-124U   MIL
               03-17-2006         CLD       02-27-2006        NCR      MIL       MIL
               13HM/          UPSET WITH CURRENT CELL ASSIGNMENT

454320-F1      31943-039      JEBRIL, A                       F UNIT     Z05-007LAD MIL
               05-30-2007         REJ       05-30-2007        MIL      MIL       MIL
               10ZM/22AM      WANTS TO KNOW WHY HE IS IN SHU/CAMP TRANSFER

454320-F2      31943-039      JEBRIL, A                       F UNIT     Z05-007LAD MIL
               06-25-2007         CLD       06-12-2007        MIL      MIL       MIL
               10ZM/          CAMP TRANSFER DUE TO DISCRIMINATION.

454320-R1      31943-039      JEBRIL, A                       F UNIT     Z05-007LAD MIL
               07-12-2007         CLD       07-02-2007        NCR      MIL       MIL
               10ZM/          CAMP TRANSFER DUE TO DISCRIMINATION.

454320-A1      31943-039      JEBRIL, A                       F UNIT     Z05-007LAD MIL
               10-09-2007         CLO       08-13-2007        BOP      TRV       MIL
               10ZM/          CAMP TRANSFER DUE TO DISCRIMINATION.

480941-F1      31943-039      JEBRIL, A                       LIVE OAK   L01-121U   TRV
               01-30-2008         REJ       01-30-2008        TRV      TRV       TRV
               34ZM/          COMPLAINT ABOUT STAFF

485393-F1      31943-039      JEBRIL, A                       LIVE OAK   L01-121U   TRV
               03-18-2008         CLD       03-10-2008        TRV      TRV       TRV
               15CM/          COMPLAINT ABOUT RELIGIOUS DIET.

G0002          MORE PAGES TO FOLLOW . . .
```

```
 BOPGJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-11-2008
PAGE 003 OF     *                UNSANITIZED FORMAT          *      11:27:45

REMEDY-ID        REG          NAME                          ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE       STATUS      DATE-RCV       RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2   --------------------ABSTRACT-------------------------

485394-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-21-2008       CLO        03-10-2008          TRV       TRV        TRV
               16ZM/         COMPLAINT ABOUT MAIL PROCEDURES.

485395-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-07-2008       CLD        03-10-2008          TRV       TRV        TRV
               34ZM/15BM     STAFF COMPLAINT/PRAYER SERVICE COMPLAINT

485397-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-01-2008       CLD        03-10-2008          TRV       TRV        TRV
               10ZM/         REQUEST TRANSFER TO CAMP.

485398-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-21-2008       CLD        03-10-2008          TRV       TRV        TRV
               34ZM/         STAFF COMPLAINT

485399-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-01-2008       CLD        03-10-2008          TRV       TRV        TRV
               12DM/         JOB COMPLAINT

485400-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-01-2008       CLD        03-10-2008          TRV       TRV        TRV
               13HM/         ROOM ASSIGNMENT

485401-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-01-2008       CLD        03-10-2008          TRV       TRV        TRV
               34ZM/         STAFF HARASSMENT

485402-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-01-2008       CLD        03-10-2008          TRV       TRV        TRV
               34ZM/         STAFF HARASSMENT

485403-F1      31943-039     JEBRIL, A
               03-31-2008       VOD        03-10-2008          TRV       TRV        TRV
               34ZM/         STAF COMPLAINT

485404-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               04-07-2008       CLD        03-10-2008          TRV       TRV        TRV
               34ZM/         STAF COMPLAINT

485689-F1      31943-039     JEBRIL, A                        LIVE OAK   L01-121U    TRV
               03-12-2008       REJ        03-12-2008          TRV       TRV        TRV
               34ZM/         COMPLAINT ABOUT STAFF.

G0002          MORE PAGES TO FOLLOW . . .
```

```
BOPGJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-11-2008
PAGE 004 OF     *               UNSANITIZED FORMAT           *     11:27:45

REMEDY-ID       REG          NAME                          ORIG UNIT OR LOC/QTRS/FACL
                STATUS-DATE      STATUS     DATE-RCV       RCV-OFC   RCV-FACL   EVNT-FACL
                SUBJ1/SUBJ2  -------------------ABSTRACT------------------------

485690-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485691-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485692-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485693-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485694-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485695-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485696-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485698-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

485699-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                03-12-2008       REJ        03-12-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

487303-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                04-07-2008       CLD        03-25-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.

487304-F1       31943-039    JEBRIL, A                       LIVE OAK   L01-121U    TRV
                04-07-2008       CLD        03-25-2008        TRV        TRV        TRV
                34ZM/        COMPLAINT ABOUT STAFF.


G0002           MORE PAGES TO FOLLOW . . .
```

```
BOPGJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-11-2008
PAGE 005 OF     *               UNSANITIZED FORMAT            *     11:27:45

REMEDY-ID       REG           NAME                              ORIG UNIT OR LOC/QTRS/FACL
                STATUS-DATE       STATUS      DATE-RCV          RCV-OFC   RCV-FACL   EVNT-FACL
                SUBJ1/SUBJ2   --------------------ABSTRACT---------------------------

487308-F1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                04-14-2008        CLD        03-25-2008         TRV        TRV         TRV
                33FM/34ZM     COMPLAINT ABOUT LEGAL MAIL/STAFF

485393-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-06-2008        CLD        04-07-2008         SCR        TRV         TRV
                15CM/         GIVEN REL DIET VIOLATION - ITEM DIDN'T HAVE PORK

485398-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                04-25-2008        CLD        04-14-2008         SCR        TRV         TRV
                34ZM/         STAF MEMBER HARASS, LOOK FOR WAYS TO GIVE I/M SHOT

485394-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                04-29-2008        CLD        04-14-2008         SCR        TRV         TRV
                16ZM/         C/O MAIL PROCEDURES - NOT SENT OUT CORRECTLY

485402-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-28-2008        CLD        05-05-2008         SCR        TRV         TRV
                34ZM/         OFR CALLED HIM OVER AND ASK FOR ID - THEN SENT ON WA

487304-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-28-2008        CLD        05-05-2008         SCR        TRV         TRV
                34ZM/         CAPT HARASS AND ORDER OTHER STAFF HARASS HIM

487303-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-28-2008        CLD        05-05-2008         SCR        TRV         TRV
                34ZM/         SINGLED OUT BREATHALYZERS - MORE TESTS THAN OTHER I/

485401-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-28-2008        CLD        05-05-2008         SCR        TRV         TRV
                34ZM/         ONLY I/M SENT THRU METAL DETECT, ENTER AND EXIT SHAC

487308-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-21-2008        CLD        05-05-2008         SCR        TRV         TRV
                33FM/34ZM     STAF WON'T ACCPT LEGAL MAIL TO SEND OUT

485400-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-22-2008        CLD        05-05-2008         SCR        TRV         TRV
                13HM/         ASSIGN RM W/ GANG MEMBER - WANTS MOVED FOR SAFETY

485397-R1       31943-039     JEBRIL, A                         LIVE OAK   L01-121U    TRV
                05-22-2008        CLD        05-05-2008         SCR        TRV         TRV
                10ZM/         REQUEST TRANSFER TO CAMP.

G0002         MORE PAGES TO FOLLOW . . .
```

BOPGJ *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL * 09-11-2008
PAGE 006 OF * UNSANITIZED FORMAT * 11:27:45

| REMEDY-ID | REG<br>STATUS-DATE<br>SUBJ1/SUBJ2 | NAME<br>STATUS DATE-RCV<br>----ABSTRACT---- | ORIG UNIT OR LOC/QTRS/FACL<br>RCV-OFC RCV-FACL EVNT-FACL |
|---|---|---|---|
| 485395-R1 | 31943-039<br>06-02-2008<br>34ZM/15BM | JEBRIL, A<br>CLD 05-05-2008<br>STAF HARASS - DENIED SPEAK AT PRAYER SERVICE | LIVE OAK L01-121U TRV<br>SCR TRV TRV |
| 485404-R1 | 31943-039<br>06-02-2008<br>34ZM/ | JEBRIL, A<br>CLD 05-05-2008<br>DENIED SPEAK @ PRAYER SVC | LIVE OAK L01-121U TRV<br>SCR TRV TRV |
| 485399-R1 | 31943-039<br>06-02-2008<br>12DM/ | JEBRIL, A<br>CLD 05-05-2008<br>DENIED TUTOR POSITION | LIVE OAK L01-121U TRV<br>SCR TRV TRV |
| 494265-F1 | 31943-039<br>06-10-2008<br>16ZM/ | JEBRIL, A<br>CLD 05-21-2008<br>COMPLAINT ABOUT DELAY IN E-MAIL. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 485398-A1 | 31943-039<br>05-29-2008<br>34ZM/ | JEBRIL, A<br>REJ 05-27-2008<br>STAF MEMBER HARASS, LOOK FOR WAYS TO GIVE I/M SHOT | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 485394-A1 | 31943-039<br>05-29-2008<br>16ZM/ | JEBRIL, A<br>REJ 05-27-2008<br>C/O MAIL PROCEDURES - NOT SENT OUT CORRECTLY | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 495435-F1 | 31943-039<br>06-03-2008<br>24DM/ | JEBRIL, A<br>CLO 05-30-2008<br>COMPLAINT ABOUT COMMON FARE DURING LOCKDOWN. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 485393-A1 | 31943-039<br>08-01-2008<br>15CM/ | JEBRIL, A<br>CLD 06-10-2008<br>GIVEN REL DIET VIOLATION - ITEM DIDN'T HAVE PORK | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 496746-F1 | 31943-039<br>06-11-2008<br>34BM/ | JEBRIL, A<br>REJ 06-11-2008<br>COMPLAINT ABOUT STAFF HOLDING E-MAILS. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 496748-F1 | 31943-039<br>06-11-2008<br>34AM/ | JEBRIL, A<br>REJ 06-11-2008<br>UNPROFESSIONAL CONDUCT BY STAFF MEMBER. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 496753-F1 | 31943-039<br>07-02-2008<br>34BM/ | JEBRIL, A<br>CLD 06-11-2008<br>HARASSMENT BY STAFF | LIVE OAK L01-121U TRV<br>TRV TRV TRV |

G0002 MORE PAGES TO FOLLOW . . .

```
 BOPGJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-11-2008
PAGE 007 OF      *                UNSANITIZED FORMAT           *      11:27:45

REMEDY-ID       REG         NAME                      ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE      STATUS      DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2  --------------------ABSTRACT-------------------------

496754-F1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              07-03-2008       CLD      06-11-2008        TRV        TRV        TRV
              34AM/        COMPLAINT ABOUT STAFF

487308-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-05-2008       CLO      06-16-2008        BOP        TRV        TRV
              33FM/34ZM    STAF WON'T ACCPT LEGAL MAIL TO SEND OUT

485400-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-12-2008       CLD      06-16-2008        BOP        TRV        TRV
              13HM/        ASSIGN RM W/ GANG MEMBER - WANTS MOVED FOR SAFETY

485397-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              07-22-2008       CLD      06-16-2008        BOP        TRV        TRV
              10ZM/        REQUEST TRANSFER TO CAMP.

485398-A2     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              06-20-2008       REJ      06-16-2008        BOP        TRV        TRV
              34ZM/        STAF MEMBER HARASS, LOOK FOR WAYS TO GIVE I/M SHOT

485394-A2     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-05-2008       CLO      06-16-2008        BOP        TRV        TRV
              16ZM/        C/O MAIL PROCEDURES - NOT SENT OUT CORRECTLY

485402-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              07-22-2008       CLD      06-16-2008        BOP        TRV        TRV
              34ZM/        OFR CALLED HIM OVER AND ASK FOR ID - THEN SENT ON WA

487304-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-13-2008       CLO      06-16-2008        BOP        TRV        TRV
              34ZM/        CAPT HARASS AND ORDER OTHER STAFF HARASS HIM

487303-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-05-2008       CLO      06-16-2008        BOP        TRV        TRV
              34ZM/        SINGLED OUT BREATHALYZERS - MORE TESTS THAN OTHER I/

485401-A1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              08-13-2008       CLO      06-16-2008        BOP        TRV        TRV
              34ZM/        ONLY I/M SENT THRU METAL DETECT, ENTER AND EXIT SHAC

494265-R1     31943-039    JEBRIL, A                    LIVE OAK    L01-121U    TRV
              07-24-2008       CLD      06-18-2008        SCR        TRV        TRV
              16ZM/        DELAY REC E-MAIL, OVER 24 HRS, OTHER I/M REC TIMELY

G0002         MORE PAGES TO FOLLOW . . .
```

| REMEDY-ID | REG<br>STATUS-DATE<br>SUBJ1/SUBJ2 | NAME<br>STATUS DATE-RCV<br>ABSTRACT | ORIG UNIT OR LOC/QTRS/FACL<br>RCV-OFC RCV-FACL EVNT-FACL |
|---|---|---|---|
| 496746-F2 | 31943-039<br>06-24-2008<br>34BM/ | JEBRIL, A<br>REJ 06-24-2008<br>COMPLAINT ABOUT STAFF HOLDING E-MAILS. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 498303-F1 | 31943-039<br>07-03-2008<br>34BM/ | JEBRIL, A<br>CLD 06-24-2008<br>HARRASSMENT BY STAFF. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 498304-F1 | 31943-039<br>07-03-2008<br>34BM/ | JEBRIL, A<br>CLD 06-24-2008<br>HARRASSMENT BY STAFF. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 496748-F2 | 31943-039<br>07-03-2008<br>34AM/ | JEBRIL, A<br>CLD 06-24-2008<br>UNPROFESSIONAL CONDUCT BY STAFF MEMBER. | LIVE OAK L01-121U TRV<br>TRV TRV TRV |
| 485399-A1 | 31943-039<br>08-28-2008<br>12DM/ | JEBRIL, A<br>CLD 06-24-2008<br>DENIED TUTOR POSITION | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 485395-A1 | 31943-039<br>08-20-2008<br>34ZM/15BM | JEBRIL, A<br>CLD 06-24-2008<br>STAF HARASS - DENIED SPEAK AT PRAYER SERVICE | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 485404-A1 | 31943-039<br>08-20-2008<br>34ZM/ | JEBRIL, A<br>CLD 06-24-2008<br>DENIED SPEAK @ PRAYER SVC | LIVE OAK L01-121U TRV<br>BOP TRV TRV |
| 500636-R1 | 31943-039<br>06-30-2008<br>16ZM/16EM | JEBRIL, A<br>REJ 06-30-2008<br>INSTITUTION NOT MAILING OUTGOING LETTERS | LIVE OAK L01-121U TRV<br>SCR TRV TRV |
| 504875-R1 | 31943-039<br>08-15-2008<br>20DM/ | JEBRIL, A<br>REJ 08-15-2008<br>DHO HRNG 06-06-08, CODES 297/328 | LIVE OAK L01-121U TRV<br>SCR TRV TRV |
| 494265-A1 | 31943-039<br>08-25-2008<br>16ZM/ | JEBRIL, A<br>ACC 08-18-2008<br>DELAY REC E-MAIL, OVER 24 HRS, OTHER I/M REC TIMELY | LIVE OAK L01-121U TRV<br>BOP TRV TRV |

76 REMEDY SUBMISSION(S) SELECTED
G0000 TRANSACTION SUCCESSFULLY COMPLETED