**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AHMAD JEBRIL,

        Plaintiff,

v.

        Case No. 08-10151

AGENT WEBBER, C. EICHENLAUB,
MUKHTAR CURTIS, JODI BRADLEY,

        HON. MARIANNE O. BATTANI

        Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS**[1]

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 46), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Defendants' Supplemental Motion to Dismiss, (Doc. 45), is **GRANTED**.

**IT IS SO ORDERED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATED: **December 18, 2009**

---

[1] As discussed in the Magistrate Judge's Report and Recommendation, the Defendants' Motion to Dismiss has been construed as a motion for summary judgment.

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

                                              s/Bernadette M. Thebolt
                                              Case Manager